# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHLEEN LAFFOON, and KARLA RENEE LEVEQUE, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-00813-WBS-DAD<br><br>Action Filed : 04/01/2014<br><br>**ORDER GRANTING REQUEST TO CONTINUE THE PRETRIAL SCHEDULING CONFERENCE** |

### ORDER

Pursuant to the request of Plaintiff Unum Life Insurance Company of America, IT IS ORDERED that the Pretrial Scheduling Conference shall be continued to September 29, 2014 at 2:00 p.m..  The parties shall file a Joint Report no later than 14 days prior to the Pretrial Scheduling Conference.

**IT IS SO ORDERED**.

Dated: July 22, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE