1
2
3
4
5

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHLEEN LAFFOON, and KARLA RENEE LEVEQUE, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-00813-WBS-DAD<br><br>Action Filed :   04/01/2014<br><br>**ORDER GRANTING STIPULATION OF THE PARTIES FOR:**<br><br>**1. DISMISSAL OF PLAINTIFF <u>UNUM LIFE INSURANCE COMPANY OF AMERICA</u>; AND**<br><br>**2. PLAINTIFF'S RECOVERY OF REASONABLE ATTORNEYS' FEES AND COSTS** |
|---|---|

## **ORDER**

Having considered the stipulation of the parties, IT IS HEREBY ORDERED:

1. That Plaintiff be dismissed from this action; and

2. That Plaintiff be awarded the sum of $3,200 as its reasonable attorneys' fees and costs incurred in this action, to be deducted from the Interpled Funds, to be made payable via a check to "Unum Life Insurance Company of America" and to be mailed forthwith to its counsel of record in this action: Barger & Wolen LLP, Attention: Robert E. Hess, 19800 MacArthur Boulevard, Suite 800, Irvine, California 92612.

**IT IS SO ORDERED**.

**Dated: September 12, 2014**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE