LAW OFFICE OF
LAWRENCE C. BEAVER State Bar No. 79758
1309 "I" Street
Modesto, California 95354
(209) 524-5145
Fax: (209) 524-2827

Attorney for Defendant
KATHLEEN LAFFOON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>          Plaintiff,<br><br>-vs-<br><br>KATHLEEN LAFOON and KARLA RENEE LEVEQUE, and DOES I through 10, inclusive,<br><br>          Defendants.<br>_____/ | CASE NO. 2:14-cv-00813-WBS-DAD<br><br>**STIPULATION AND ORDER TO DISMISS THE ACTION, RE-FILE IN THE SUPERIOR COURT OF CALIFORNIA COUNTY OF STANISLAUS** |

     IT IS HEREBY STIPULATED by and between the parties in this matter that this instant action be dismissed and re-filed in the Superior Court of California, County of Stanislaus.

     The clerk's office shall immediately disburse the remaining interplead fund in the amount of $62,847.12, to include any accrued interest, with a check made payable to the Clerk of Court, the Superior Court of California, County of Stanislaus, Civil Case Number 683766. Said checked shall be mailed to the following address:   Superior Court of California, County of Stanislaus, Office of the Clerk, 801- 10th Street, Modesto, California 95354.

Dated:  8/14/2015          /s/
                           LAWRENCE C. BEAVER, Attorney for
                           Defendant, Kathleen Laffoon


Dated:  8/14/2015          /s/
                           HOSSEIN KHATAMI, Attorney for
                           Defendant, Karla Renee Leveque

ORDER

IT IS HEREBY ORDERED that this instant action be dismissed so that the parties may refile it in the Superior Court of California, County of Stanislaus.

If the Clerk of the Superior Court will accept it, the Clerk of this court shall immediately disburse the remaining interplead fund in the amount of $62,847.12, to include any accrued interest, with a check made payable to the Clerk of Court, the Superior Court of California, County of Stanislaus, Civil Case Number 683766. Said check shall be mailed to the following address: Superior Court of California, County of Stanislaus, Office of the Clerk, 801 10th Street, 4th Floor, Modesto, California 95354.

Dated: August 14, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28